

*U.S. Department of Justice*

*United States Attorney
Eastern District of New York*

MSA

*271 Cadman Plaza East*

*Brooklyn, New York  11201*

April 16, 2013

<u>By Mail and ECF (w/o Attachments)</u>

Robert M. Beecher
(Counsel to Raumel Johnson)
15 Barberry Lane
New Providence, NJ 07974

Lisa Hoyes
(Counsel to Jamel Williams)
Federal Defenders of New York
One Pierrepont Plaza, 16th Fl.
Brooklyn, NY 11201

James M. Branden
(Counsel to Rashawn Johnson)
Law Offices of James M. Branden
551 Fifth Avenue
New York, NY 10176

Michael O. Hueston
(Counsel to Eric South)
Michael Hueston, Attorney at Law
16 Court Street, Ste. 3301
Brooklyn, NY 11241

Gary Farrell
(Counsel to Rashawn Lucky)
Law Offices of Gary A. Farrell
305 Broadway, Ste. 1400
New York, NY 10007

Richard Ernest Signorelli
(Counsel to Glen Miller)
Law Office of Richard E. Signorelli
799 Broadway, Ste. 539
New York, NY 10003

Howard A. Schwartz
(Counsel to Jaron Johnson)
Schwartz & Krysinski, LLP
50 Court Street, Rm. 506
Brooklyn, NY 11201

       Re:  <u>United States v. Jaron Johnson, et al.
           Criminal Docket No. 13-00092 (ENV)</u>

Dear Counsel:

    Enclosed please find arrest documents specific to your client.  The documents related to your client, and produced by this letter, are listed in the chart below and described more fully in the document index provided with the government's first production.  These records contain any post-arrest statement your client made.

2

| Bates Nos. | Defendant |
|---|---|
| 1101-1155 | Jamel Williams |
| 1156-1190 | Rashawn Johnson |
| 1191-1210 | Rashawn Lucky |
| 1211-1222 | Jaron Johnson |
| 1223-1238 | Glenn Miller |
| 1239-1255 | Eric South |
| 1256-1272 | Raumel Johnson |

Also attached is your client's criminal history report.

    Very truly yours,

    LORETTA E. LYNCH
    United States Attorney

By:    _____/s/_____
    Matthew S. Amatruda
    Assistant U.S. Attorney
    (718) 254-7012